## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BENJAMIN WITTES,

               *Plaintiff,*

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

               *Defendant.*

Civil Action No. 1:21-cv-00652-RDM

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

    Pursuant to Local Rule 83.6(b), Kara V. Brandeisky hereby provides notice to the Court that she withdraws as counsel for Plaintiff in the above-captioned matter, as she is leaving the law firm Jenner & Block LLP.  Plaintiff will continue to be represented by Kali N. Bracey, Susan J. Kohlmann, and Jacob Tracer of Jenner & Block LLP.

Dated: August 27, 2021

Respectfully Submitted,

/s/ Kara V. Brandeisky
Kara V. Brandeisky
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Tel.: (212) 891-1600
kbrandeisky@jenner.com

*Counsel for Plaintiff*

/s/ Benjamin Wittes

*Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I, Kara V. Brandeisky, hereby affirm that on this 27th day of August, 2021, I caused the foregoing Notice of Withdrawal of Appearance as Counsel to be served on all parties via this Court's Electronic Case Filing system.

Dated: August 27, 2021                         /s/ Kara V. Brandeisky
                                               Kara V. Brandeisky